In re Attorney Discipline Thomas V. GIRARDI; Girardi & Keese; Walter J. Lack; Paul A. Traina; Sean A. Topp; Engstrom, Lipscomb & Lack, Respondents.

No. 08–80090.

United States Court of Appeals, Ninth Circuit.

Filed June 10, 2008.

Thomas V. Girardi, Esq., pro se.

Rory K. Little, Hastings College of Law University of California, San Francisco, CA, for Thomas V. Girardi.

Girardi & Keese, Los Angeles, CA, pro se.

Walter J. Lack, Esq., Los Angeles, CA, pro se.

Paul A. Traina, Los Angeles, CA, pro se.

Sean A. Topp, Esq., Engstrom Lipscomb & Lack, Los Angeles, CA, pro se.

Engstrom, Lipscomb & Lack, pro se.

### ORDER

KOZINSKI, Chief Judge:

Professor Rory K. Little, University of California, Hastings College of the Law,

200 McAllister Street, San Francisco, California 94102, is appointed as Independent Prosecutor in this matter. The Clerk will provide a copy of the file in this matter to Professor Little, including matters filed under seal. Following a review of the record, Professor Little is authorized to take steps as outlined in the Court's order of June 9, 2008, which has been docketed in both case number 03–57038 and in this disciplinary docket, number 08–80090. All further disciplinary proceedings will be maintained on this docket.